No. 58, Misc.   STAPP *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 116, Misc.   BACKUS *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 127, Misc.   ROGERS *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 129, Misc.   NIKLAUS *v.* NEBRASKA EX REL. BECK.   Supreme Court of Nebraska.   Certiorari denied.

No. 156, Misc.   BROWN *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin* for the United States.

No. 210, Misc.   BERRY *v.* DISTRICT PAROLE BOARD ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondents.

No. 223, Misc.   JOHNSON *v.* BANMILLER, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 224, Misc.   LYONS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.